UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/17/2023

NELI INTERNATIONAL INCORPORATED,

            Plaintiff,

-against-

PREMIER RESTAURANT GROUP, LLC, FOREVER BRANDS OPERATING COMPANY, LLC, CHEEBURGER OPERATING COMPANY, LLC, CHEEBURGER VA, LLC and ANTHONY WEDO,

            Defendants.

23-cv-02725 (ALC)

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

    As discussed in the hearing held on Thursday April 13, 2023, Plaintiff is **ORDERED** to submit a letter on or by **April 18, 2023**. This letter should advise the Court as to whether Mr. Samuel Frabizzio is willing to move to appear *pro hac vice* and to appear by telephonic conference. The letter should also advise the Court on the issue of whether the wife of Defendant Wedo has power of attorney and whether she consents to this receivership. Plaintiff is also **ORDERED** to submit supplemental materials disaggregating the financial records for each of the Defendant companies and franchise units, if possible, on or by **April 18, 2023.**

**SO ORDERED.**

Dated:    April 17, 2023
            New York, New York

                                          **ANDREW L. CARTER, JR.**
                                          United States District Judge