```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/11/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**NELI INTERNATIONAL INCORPORATED,**

        **Plaintiff,**

        -against-

**PREMIER RESTAURANT GROUP, LLC,**
**ET AL.,**

        **Defendants.**

23-cv-02725 (ALC)

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

    Plaintiff filed a Complaint commencing this action on March 31, 2023. ECF No. 1. On May 12, 2023, this Court granted Plaintiff's motion to appoint a temporary receiver. ECF No. 34. Defendants have yet to appear or respond to Plaintiff's Complaint. Plaintiff is hereby **ORDERED** to file a letter advising the Court of the current status of this matter on or by **July 18, 2023.**

**SO ORDERED.**

Dated:    July 11, 2023
          New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**