```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/3/23
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**NELI INTERNATIONAL INCORPORATED,**

        Plaintiff,

-against-                                      23-cv-02725 (ALC)

        **ORDER**

**PREMIER RESTAURANT GROUP, LLC,**
**ET AL.,**

        Defendants.

**ANDREW L. CARTER, United States District Judge:**

    Plaintiff filed a Complaint commencing this action on March 31, 2023. ECF No. 1. On May 12, 2023, this Court granted Plaintiff's motion to appoint a temporary receiver. ECF No. 34. On September 13, 2023 and September 14, 2023, the Clerk of the Court entered Certificates of Default as to every Defendant in this matter. *See* ECF Nos. 51-52, 59-61. To date, Plaintiff has yet to move for default judgment. Plaintiff is hereby **ORDERED** to move for default judgment in accordance with this Court's Individual Practices on or by **October 10, 2023.** *See* Attachment A to Individual Practices of Andrew L. Carter, Jr.

**SO ORDERED.**

Dated:    **October 3, 2023**
           **New York, New York**

                                       **ANDREW L. CARTER, JR.**
                                       **United States District Judge**