UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
NELI INTERNATIONAL INCORPORATED

                                Plaintiff,                  Case No.: 1:23-cv-02725-ALC

    -against-

PREMIER RESTAURANT GROUP, LLC,
FOREVER BRANDS OPERATING COMPANY, LLC,       **AFFIDAVIT OF SERVICE**
CHEEBURGER OPERATING COMPANY, LLC,
CHEEBURGER VA, LLC and ANTHONY WEDO,

                                Defendants.
-------------------------------------------------------------------x

STATE OF NEW YORK   )
                              ) ss:
COUNTY OF NEW YORK )

       I, Yevgeniy Burdeynyy, being duly sworn, hereby certify that I am over eighteen years of age, employed as an Office Services Clerk with Akerman LLP, 1251 Avenue of the Americas, 37th Floor, New York, NY 10020, and that I am not a party to this action.

       I hereby certify that on the 16th day of October 2023, I caused a true and correct copy of the following:

       1. ORDER [ECF No. 71];

       2. NOTICE OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENTS AND OTHER RELIEF [ECF No. 63];

       3. MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENTS AND OTHER RELIEF [ECF No. 64];

       4. DECLARATION OF MARK S. LICHTENSTEIN, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENTS AND OTHER RELIEF with Exhibits Thereto [ECF No. 65];

       5. DECLARATION OF SOL ROTER IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENTS AND OTHER RELIEF with Exhibits Thereto [ECF No. 66];

{28220413;1}

6. DECLARATION OF ROBERT R. STIDHAM, JR., IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND OTHER RELIEF with Exhibits Thereto [ECF No. 67]; and

7. PROPOSED DEFAULT JUDGMENT [ECF No. 70]

to be served upon the following by depositing said document in a securely sealed, fully post-paid certified mail wrapper, in an official depository, under the exclusive care and custody of the United States Postal Service, properly addressed, to the following:

PREMIER RESTAURANT GROUP, LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808
**Tracking No. 9214 8901 9403 8333 9217 15**

FOREVER BRANDS OPERATING COMPANY, LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808
**Tracking No. 9214 8901 9403 8333 9217 77**

CHEEBURGER OPERATING COMPANY, LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808
**Tracking No. 9214 8901 9403 8333 9232 45**

CHEEBURGER VA, LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808
**Tracking No. 9214 8901 9403 8333 9232 90**

ANTHONY WEDO
415 Old Kennett Road
Greenville, DE 19807
**Tracking No. 9214 8901 9403 8333 9233 20**

ROBERT R. STIDHAM, JR.
Summa Franchise Consulting
8585 E. Hartford Drive, Ste. 200
Scarsdale, AZ 85255
**Tracking No. 9214 8901 9403 8333 9233 44**

SAMUEL J. FABRIZIO, ESQ.
1300 N. Grant Avenue
Suite 200
Wilmington, DE 19806
**Tracking No. 9214 8901 9403 8333 9200 22**

_____
Yevgeniy Burdeynyy

Sworn to before me this
18th day of October, 2023

_____
Notary Public

WALTER LEE LEWIS
Notary Public, State of New York
No. 01LE6143008
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires 03/27/2026

{28220413;1}