```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  12.15.2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NELI INTERNATIONAL INCORPORATED,<br><br>Plaintiff,<br><br>-against-<br><br>PREMIER RESTAURANT GROUP, LLC, et al.,<br><br>Defendants. | 23-CV-02725 (ALC)<br><br>**ORDER ENTERING**<br>**DEFAULT JUDGMENT** |

**ANDREW L. CARTER, JR., United States District Judge:**

  As stated during the December 11, 2023 telephonic conference, the Court will hold a telephonic hearing in this matter on December 15, 2023 at 4:30 PM Eastern Time. The parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

Dated: December 15, 2023
    New York, New York

                    */s/ Andrew L. Carter, Jr.*
                    **ANDREW L. CARTER, JR.**
                    **United States District Judge**