```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/15/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NELI INTERNATIONAL INCORPORATED,<br><br>                    Plaintiff,<br><br>-against-<br><br>PREMIER RESTAURANT GROUP, LLC, et al.,<br><br>                    Defendants. | 23-CV-02725 (ALC)<br><br>**<u>ORDER ENTERING<br>DEFAULT JUDGMENT</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

In follow-up from the Conference:

- **December 20, 2023:** Plaintiffs are hereby **ORDERED** to file a status report updating the Court on the pendency of this action by this date.

SO ORDERED.

Dated:  December 15, 2023
       New York, New York

                                                               **ANDREW L. CARTER, JR.**
                                                                **United States District Judge**