```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/18/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NELI INTERNATIONAL INCORPORATED,<br><br>       Plaintiff,<br><br>-against-<br><br>PREMIER RESTAURANT GROUP, LLC, et al.,<br><br>       Defendants. | 23-CV-02725 (ALC)<br><br>**AMENDED POST-**<br>**CONFERENCE ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

In follow-up from the Conference:

- **December 20, 2023:** Plaintiffs are hereby **ORDERED** to file a status report updating the Court on the pendency of this action by this date.

The Parties are directed to disregard the Order docketed at ECF No. 86.

SO ORDERED.

Dated: December 18, 2023
   New York, New York

                 ANDREW L. CARTER, JR.
                 United States District Judge