USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _3/11/2024_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NELI INTERNATIONAL INCORPORATED,

Plaintiff,

-against-

PERMIER RESTAURANT GROUP, LLC, *et al.*,

Defendants.

---

23-cv-02725 (ALC)

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

The parties are hereby **ORDERED** to file a JSR informing the Court of the pendency of this action by **March 20, 2024.**

**SO ORDERED.**

Dated:   March 11, 2024
         New York, New York

*/s/ Andrew L. Carter*

**ANDREW L. CARTER, JR.**
**United States District Judge**