USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/6/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **NELI INTERNATIONAL INCORPORATED,**<br><br>Plaintiff,<br><br>-against-<br><br>**PREMIER RESTAURANT GROUP, LLC,** *et al.*,<br><br>Defendants. | 23-cv-02725 (ALC)<br><br>**ORDER** |

**Andrew L. Carter, Jr., United States District Judge:**

On November 9, 2023, this Court granted Plaintiff default judgment against all Defendants as to liability. ECF No. 74. Defendant was ordered to show cause why the Court pursuant to Fed. R. Civ. P. 55 should not grant Plaintiff's requested damages. ECF No. 109. Defendants did not file a response.

Upon the Memorandum of Law in Support of the Motion for Default Judgment and declarations submitted thereof, the Summons and Complaint previously filed in this action, and Affidavits of Service thereof, Plaintiffs' default judgment as to damages is hereby **GRANTED**.

**SO ORDERED.**

Dated: May 6, 2024
       New York, New York

*/s/ Andrew L. Carter, Jr.*
_____
**ANDREW L. CARTER, JR.**
**United States District Judge**