USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/23/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NELI INTERNATIONAL INCORPORATED,<br><br>Plaintiff,<br><br>-against-<br><br>PREMIER RESTAURANT GROUP, LLC, *et al.*,<br><br>Defendants. | 23-cv-02725 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

On April 3, 2024, the Court granted Plaintiff leave to move for default as to individual defendant Wedo and Plaintiff has yet to do so. ECF No. 108.

Plaintiff is hereby **ORDERED** to submit a status report on the current status of this action by no later than **May 30, 2024**.

**SO ORDERED.**

Dated: May 23, 2024
        New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**