Case 1:23-cv-02725-ALC   Document 113   Filed 05/30/24   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/30/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
NELI INTERNATIONAL INCORPORATED

                Plaintiff,                Case No.: 1:23-cv-02725-ALC

      -against-

PREMIER RESTAURANT GROUP, LLC,          **JUDGMENT**
FOREVER BRANDS OPERATING COMPANY, LLC,
CHEEBURGER OPERATING COMPANY, LLC,
CHEEBURGER VA, LLC and ANTHONY WEDO,

                Defendants.
-----------------------------------------------------------------x

      This action having been commenced on March 31, 2023 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on each of defendants Premier Restaurant Group, LLC, Forever Brands Operating Company, LLC, Cheeburger Operating Company, LLC, and Cheeburger VA, LLC on April 3, 2023 by personally serving CSC, an agent authorized to accept service on behalf of each defendant and on defendant Anthony Wedo on April 3, 2023 by affixing the summons and complaint to the entrance door of his actual place of abode, dwelling place and/or usual place of abode located at 415 Old Kennett Road, Greenville, DE 19807 and by mailing the summons and complaint to defendant Wedo's last known place of residence via first class mail and proofs of service on each defendant having been filed on April 4, 2023 (ECF Nos. 20 through 24) and the defendants not having answered the Complaint, and the time for answering the Complaint having expired, the Court entered an order of default on liability against defendants Premier Restaurant Group, LLC, Forever Brands Operating Company, LLC, Cheeburger Operating Company, LLC, and Cheeburger VA, LLC on November 9, 2023 (ECF No. 74) and the defendants having failed to respond to an order to show cause why a money judgment should not be entered against them (ECF No. 73), or to plaintiff

NELI's motion for the entry of a money judgment dated February 28, 2024 (ECF No. 96); it is hereby

**ORDERED, ADJUDGED AND DECREED**: That the plaintiff have judgment against defendants in the liquidated amount of $3,8923,75.92 plus interest at 10% from January 1, 2024 until satisfaction of judgment, plus costs and disbursements of this action to be taxed in accordance with Local Rule 54.1 of this Court.

Dated: May 30, 2024

New York, New York

_____
ANDREW L. CARTER, U.S.D.J.