USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _8/27/2024_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NELI INTERNATIONAL INCORPORATED,<br><br>Plaintiff,<br><br>-against-<br><br>PREMIER RESTAURANT GROUP, LLC, *et al.*,<br><br>Defendants. | 23-CV-02725 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, United States District Judge:**

    Plaintiff NELI International Inc. is hereby **ORDERED** to file a status report informing the Court of the pendency of this action by **September 3, 2024.**

**SO ORDERED.**

Dated:    **August 27, 2024**
           **New York, New York**

                                                          **ANDREW L. CARTER, JR.**
                                                          **United States District Judge**