UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
NELI INTERNATIONAL INCORPORATED

                                 Plaintiff,         Case No.: 1:23-cv-02725-ALC

    -against-

PREMIER RESTAURANT GROUP, LLC,      **NOTICE OF MOTION FOR**
FOREVER BRANDS OPERATING COMPANY, LLC,  **A DEFAULT JUDGMENT**
CHEEBURGER OPERATING COMPANY, LLC,     **AGAINST DEFENDANT**
CHEEBURGER VA, LLC and ANTHONY WEDO,    **ANTHONY WEDO**

                              Defendants.
-------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that plaintiff NELI International Incorporated ("Plaintiff"), will move this Court before Honorable Andrew L. Carter, U.S.D.J., at the United States District Court, Southern District of New York, located at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time to be designed by the Court, for:

    a. an order pursuant to Fed. R. Civ. P. 55 of default on liability against defendant Anthony Wedo ("Wedo") with respect to Claim Ten of the Amended Complaint [ECF Doc. 118];

    b. a money judgment pursuant to Fed. R. Civ. P. 55 on the Tenth Claim for Relief against Defendant Wedo in the amount of $3,892,375.92 plus interest at 10% from January 1, 2024;

    c. upon entry of the judgment requested in (b) above, an order pursuant Fed. R. Civ. P. 41 dismissing without prejudice the remaining Claims for Relief alleged against Wedo (Fifth through Seventh and Eleventh Claims for Relief) as moot; and

78021753;1

- 2 -

    d.  awarding Plaintiff such other and further relief as this Court may deem just, proper and equitable.

Dated:   New York, New York
           September 23, 2024

**AKERMAN LLP**

By:    /s/ *Mark S. Lichtenstein*
       Mark S. Lichtenstein
       David F. Bayne
       1251 Avenue of the Americas, 37th Floor
       New York, NY 10020
       Tel. (212) 880-3800
       E-mail: mark.lichtenstein@akerman.com
                David.bayne@akerman.com

*Attorneys for Plaintiff NELI International Incorporated*