UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
NELI INTERNATIONAL INCORPORATED

                         Plaintiff,           Case No.: 1:23-cv-02725-ALC

      -against-

PREMIER RESTAURANT GROUP, LLC,
FOREVER BRANDS OPERATING COMPANY, LLC,
CHEEBURGER OPERATING COMPANY, LLC,
CHEEBURGER VA, LLC and ANTHONY WEDO,

                        Defendants.
------------------------------------------------------------------x

## ORDER & JUDGMENT

This action having been commenced on March 31, 2023 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on defendant Anthony Wedo on April 3, 2023 by affixing the summons and complaint to the entrance door of his actual place of abode, dwelling place and/or usual place of abode located at 415 Old Kennett Road, Greenville, DE 19807 and by mailing the summons and complaint to defendant Wedo's last known place of residence via first class mail and proof of service on Wedo having been filed on April 4, 2023 [ECF Doc. 24] and thereafter Plaintiff, having amended its complaint on June 28, 2024 to add additional Claims for Relief against defendant Wedo [ECF Doc. 118], and a copy of the Summons and Amended Complaint being personally served on defendant Wedo on July 24, 2025 by delivering a copy to his wife Carrie Wedo at his actual place of abode, dwelling place and/or usual place of abode located at 112 Montana Drive, Chadds Ford, PA 19317 with a follow up first class mailing the following day and proof of service on Wedo having been filed on July

25, 2024 [ECF Doc. 124], and defendant Wedo not having answered the original Complaint or the Amended Complaint, and the time for answering the Amended Complaint having expired;

**NOW**, Plaintiff having moved for an order pursuant to Fed. R. Civ. P. 55 of default on liability against defendant Anthony Wedo ("Wedo") with respect to Claim Ten of the Amended Complaint [ECF Doc. 118], and entering a money judgment Fed. R. Civ. P. 55 thereon in the amount of $3,892,375.92 plus interest at 10% from January 1, 2024 on Claim Ten of the Amended Complaint against Defendant Wedo together with an order pursuant to Fed. R. Civ. P. 41 dismissing the Fifth, Sixth Seventh and Eleventh Claims for Relief <u>without prejudice</u>; and awarding Plaintiff such other and further relief as this Court may deem just, proper and equitable; it is hereby

**ORDERED, ADJUDGED AND DECREED**, that Plaintiff's Motion is hereby granted in its entirety; and it is further

**ORDERED, ADJUDGED AND DECREED**, that, pursuant to Fed. R. Civ. P. 55 an order of default is hereby granted in favor of Plaintiff as against defendant Wedo with respect to Claim Ten alleged in the Amended Complaint; and it is further

**ORDERED, ADJUDGED AND DECREED**, that Plaintiff have judgment on the Tenth Claim for Relief against defendant Anthony Wedo in the liquidated amount of $3,892,375.92 plus interest at 10% per annum from January 1, 2024 until satisfaction of the judgment, plus costs and disbursements of this action to be taxed in accordance with Local Rule 54.1 of this Court;

3

**ORDERED, ADJUDGED AND DECREED**, that the Fifth, Sixth, Seventh and Eleventh Claims for Relief are dismissed without prejudice as being mooted the entry of judgment on the Tenth Claim for Relief.

Dated:  January 30, 2025
New York, New York

_____
ANDREW L. CARTER, U.S.D.J.